**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:  (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Hollywood Ranch Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; NOHEMI PENA; SARAI SANTANA; ALDO SANTANA; AND SAMANTHA SANTANA<br><br>Defendants. | Case No. 2:17-cv-01900-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff Federal National Mortgage Association ("Plaintiff") and Defendant Hollywood Ranch Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on July 12, 2017 (ECF 1). Said Complaint was served on the Association on July 13, 2017.
2. Pursuant to Local Rule, an Answer to the Complaint was due on or before August 3, 2017.
3. Counsel for the Association was notified of the lawsuit on July 31, 2017.

Plaintiffs and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Complaint. Association shall have up to and including August 17, 2017, to file its Response.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 3rd day of August, 2017.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Thera A. Cooper <br> Melanie D. Morgan <br> Nevada Bar No. 8215 <br> Thera A. Cooper <br> Nevada Bar No. 13468 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Counsel for Plaintiff* | /s/ T. Chase Pittsenbarger <br> Sean L. Anderson <br> Nevada Bar No. 7259 <br> T. Chase Pittsenbarger <br> Nevada Bar No. 13740 <br> 8945 West Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant Hollywood Ranch Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

Dated this August 4, 2017.

_____
UNITED STATES MAGISTRATE JUDGE