1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  THERA A. COOPER, ESQ.
   Nevada Bar No. 13468
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: thera.cooper@akerman.com

7  *Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; NOHEMI PENA; SARAI SANTANA; ALDO SANTANA; AND SAMANTHA SANTANA,<br><br>Defendants. | Case No.: 2:17-cv-01900-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>[FIRST REQUEST] |

Plaintiff Federal National Mortgage Association (**FNMA**) and Defendant Hollywood Ranch Homeowners Association (the **HOA**) stipulate as follows:

1. HOA filed its motion to dismiss on August 10, 2017. [ECF No. 13]. FNMA's reply is currently due on August 24, 2017.

2. The parties hereby stipulate and agree FNMA shall have ten (10) additional days to file its response. The new deadline for FNMA to file its response to HOA's motion to dismiss shall be September 4, 2017. The extension is needed because FNMA's counsel is scheduled to be out of the office August 4, 2017 and returning August 28, 2017.

///

1

42595579;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: August 14, 2017

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Thera Cooper* | */s/ T. Chase Pittsenbarger* |
| MELANIE D. MORGAN, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7259 |
| THERA A. COOPER, ESQ. | T. CHASE PITTSENBARGER, ESQ. |
| Nevada Bar No. 13468 | Nevada Bar No. 13740 |
| 1160 Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite #330 |
| Las Vegas, Nevada 89144 | Las Vegas, NV 89148 |
| *Attorneys for Federal National Mortgage Association* | *Attorneys for Hollywood Ranch Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 8/16/2017 _____

2

42595579;1