1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  THERA A. COOPER, ESQ.
   Nevada Bar No. 13468
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  thera.cooper@akerman.com

7  *Attorneys for Plaintiff Federal National
   Mortgage Association*

8

                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11

FEDERAL      NATIONAL      MORTGAGE        Case No.:      2:17-cv-01900
12 ASSOCIATION,

13                Plaintiff,

14 vs.                                        **[PROPOSED] ORDER GRANTING**
                                              **FEDERAL NATIONAL MORTGAGE**
15 HOLLYWOOD     RANCH      HOMEOWNERS         **ASSOCIATION'S RENEWED MOTION**
   ASSOCIATION; NOHEMI PENA; SARAI            **FOR ORDER AUTHORIZING SERVICE OF**
16 SANTANA;   ALDO   SANTANA;   AND           **SUMMONS AND COMPLAINT BY**
   SAMANTHA SANTANA,                          **PUBLICATION UPON DEFENDANT**
17                                            **SARAI SANTANA, AND ORDER**
                                              **ENLARGING TIME FOR SERVICE OF**
18                Defendants.                 **PROCESS UPON DEFENDANTS SARAI**
                                              **SANTANA, NOHEMI PENA, ALDO**
19                                            **SANTANA, AND SAMANTHA SANTANA**

20        The matter is before the court on plaintiff Federal National Mortgage Association's (**Fannie**

21 **Mae**) motion for order authorizing service of summons and complaint upon defendant Sarai Santana

22 by publication and an order enlarging time for service of process upon defendants Sarai Santana,

23 Nohemi Pena, Aldo Santana, and Samantha Santana (collectively, the **Santanas**).   [ECF No. 31].

24        Upon review of the pleadings, declarations and evidence presented, it appears to the

25 satisfaction of the court, and the court finds, that:

26        (1)    Fannie Mae has a valid cause of action against the Santanas;

27

28

                                               1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1      (2)     The Santanas are necessary and proper parties;

2      (3)     NRCP 4(e) provides for publication of the summons and complaint under the

3            circumstances;

4      (4)     The Nevada Legal News is a newspaper of general circulation published in Clark

5            County, State of Nevada;

6      (5)     Fannie Mae has diligently attempted to serve the Santanas within the State of Nevada;

7      (6)     There is good cause to extend the time for service of the summons and complaint upon

8            the Santanas for ninety (90) days from entry of this order.

9     IT IS HEREBY ORDERED that the summons and complaint in this suit be served on

10 defendant Sarai Santana herein by publication thereof in the above-named newspaper and that the

11 publication be made for a period of four (4) weeks and at least once per week;

12     IT IS FURTHER ORDERED that the time for service of the summons and complaint upon

13 defendants Nohemi Pena, Sarai Santana, Aldo Santana, and Samantha Santana is extended ninety (90)

14 days, through and including January 9, 2018.

15     DATED: October 11, 2017

16

17                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28