**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Hollywood Ranch Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; NOHEMI PENA; SARAI SANTANA; ALDO SANTANA; AND SAMANTHA SANTANA,<br><br>Defendants. | Case No. 2:17-cv-01900-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff Federal National Mortgage Association ("Plaintiff") and Defendant Hollywood Ranch Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Motion for Reconsideration on April 20, 2018 (ECF 47).

2. Pursuant to Local Rule, a Response is due on or before May 4, 2018.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to the Motion for Reconsideration. Association shall have up to and including May 18, 2018, to file its Response.

/ / /

/ / /

/ / /

This is the Parties' first request and is not intended for the purposes of prejudice or delay. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines

Dated this 4th day of May, 2018.

| **AKERMAN, LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Scott R. Lachman* | */s/ T. Chase Pittsenbarger* |
| Melanie D. Morgan<br>Nevada Bar No. 8215<br>Scott R. Lachman<br>Nevada Bar No. 12016<br>1635 Village Center Circle, #200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | Sean L. Anderson<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Hollywood Ranch Homeowners' Association* |

**ORDER**

**IT IS SO ORDERED**.

Dated: May 4, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE